IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 96-50078
Summary Calendar

—————————

JAMES MICHAEL BROWN,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-594
- - - - - - - - - -
July 26, 1996

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

James Michael Brown (TDCJ # 346236) appeals the district court's denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Brown argues that the district court erred in finding that he was not entitled to commutation of his sentence or release by application of Texas Code of Criminal Procedure article 42.12 and Texas Civil Statute article 6181-1 (Vernon 1979).  Brown also argues that his mandatory supervision

        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

contract, which he alleges applied Texas Code of Criminal Procedure article 42.18 two and one-half months before the article was enacted, impermissibly imposed new obligations on him through contract.

We have thoroughly reviewed the record, the arguments, and the briefs and find no reversible error.  We AFFIRM the denial of Brown's petition for a writ of habeas corpus essentially for the reasons stated by the district court in <u>Brown v. Scott</u>, No. A-95-CA-594-SS (W.D. Tex. Jan. 8, 1996).

AFFIRMED.